FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 15 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BYOUNG N. KIM,<br><br>    Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; and DOES 1 through 10, inclusive,<br><br>    Defendants. | 1 09-cv-1594<br><br>CIVIL ACTION NO. _____ |

## NOTICE OF REMOVAL

Defendants CitiMortgage, Inc. ("CitiMortgage") and Mortgage Electronic Registration Systems, Inc. ("MERS") hereby give notice of the removal of this action from the Superior Court of Fulton County, Georgia pursuant to 28 U.S.C. §§ 1441 and 1332. The grounds for this removal are as follows:

1.  Plaintiff commenced this action as an original proceeding in the Superior Court of Fulton County, Georgia on May 12, 2009. A copy of all pleadings, process and orders received by Defendants is attached to this Notice of Removal as Exhibit "A".

2. This removal has been effected within 30 days of receipt by any Defendant of service of the Complaint in this action, and this removal is therefore timely under 28 U.S.C. § 1446(b). Defendants have given notice of this removal to the Superior Court of Fulton County and to Plaintiff, as required by 28 U.S.C. § 1446.

3. For the reasons that follow, this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a).

4. Plaintiff is a resident citizen of the State of Georgia.

5. CitiMortgage is a corporation organized and existing under the laws of the State of New York and its principal place of business is in the State of Missouri. Thus, CitiMortgage is a resident of the State of New York and the State of Missouri for purposes of diversity jurisdiction.

6. MERS is a corporation organized and existing under the laws of the State of Delaware and its principal place of business is in the Commonwealth of Virginia. Thus, MERS is a resident of the State of Delaware and the Commonwealth of Virginia for purposes of diversity jurisdiction.

7. The "Doe" Defendants referred to in the Complaint are ignored for the purposes of diversity jurisdiction. *See* 28 U.S.C. § 1441(a).

8. The amount in controversy with respect to Plaintiff's claims exceeds $75,000, exclusive of interests and costs. In particular, Plaintiff seeks to void a mortgage loan in the amount of $382,500.00.

9. Because the named parties are completely diverse in citizenship and the amount in controversy exceeds $75,000, this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a).

For the foregoing reasons, the Court has jurisdiction over this action.

This 15th day of June, 2009.

_____
Christopher J. Willis
Georgia Bar No. 766297
John K. Larkins III
Georgia Bar No. 438417

ROGERS & HARDIN LLP
229 Peachtree Street, NE
2700 International Tower
Atlanta, GA 30303
Telephone: 404-522-4700
Facsimile: 404-525-2224
Email: CJW@rh-law.com

Attorneys for Defendants CitiMortgage, Inc. and Mortgage Electronic Registration Systems, Inc.