IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BYOUNG N. KIM,

    Plaintiff,

    v.

CITIMORTGAGE, INC., et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:09-CV-1594-TWT

## ORDER

This is a Truth-in-Lending Act case. It is before the Court on the Report and Recommendation [Doc. 17] of the Magistrate Judge recommending that the Defendant's Motion for Default Judgment [Doc. 10] be denied and the Plaintiff's Motion to Set Aside Default Judgment [Doc. 8] be granted. No Objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Default Judgment is DENIED. The Plaintiff's Motion to Set Aside Default Judgment is GRANTED.

SO ORDERED, this 17 day of December, 2009.

                      /s/Thomas W. Thrash
                      THOMAS W. THRASH, JR.
                      United States District Judge